CLOSED,ENE,SEALDC

# U.S. District Court
## Southern District of California (San Diego)
### CIVIL DOCKET FOR CASE #: 3:19−cv−01035−BAS−BGS

| | |
|---|---|
| Leonard v. Nike, Inc. | Date Filed: 06/03/2019 |
| Assigned to: Judge Cynthia Bashant | Date Terminated: 10/03/2019 |
| Referred to: Magistrate Judge Bernard G. Skomal | Jury Demand: Plaintiff |
| Cause: 28:1338cp Copyright Infringement | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

| | |
|---|---|
| Early Neutral Evaluation Conference: | Settlement Conference: |
| Case Management Conference: | Settlement Disposition Conference: |
| Status Hearing: | Pretrial Conference: |
| Status Conference: | Final Pretrial Conference: |
| Mandatory Settlement Conference: | Trial Date: |

**Plaintiff**

**Kawhi Leonard**     represented by     **Mitchell C. Stein**
Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019
212−660−3042
Fax: 212−660−3001
Email: mstein@sullivanlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathaniel R. B. Koslof**
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
617−338−2439
Fax: 617−338−2880
Email: nkoslof@sullivanlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter R. Ginsberg**
Sullivan & Worcester LLP
1633 Broadway
32nd Floor
New York, NY 10019
212-660−3000
Fax: 212−660−3001
Email: prginsberg@sullivanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott L Metzger**
Duckor Spradling Metzger and Wynne

|  |  |  |
|---|---|---|
|  |  | 101 W. Broadway, Ste. 1700<br>San Diego, CA 92101<br>(619)209–3000<br>Fax: (619)209–3043<br>Email: metzger@dsmwlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**William Patrick Keith**<br>Duckor Spradling Metzger & Wynne<br>101 W. Broadway, Suite 1700<br>San Diego, CA 92101<br>619–209–3000<br>Fax: 619–209–3042<br>Email: keith@dsmw.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Nike, Inc.** | represented by | **Matthew Nicholas Ganas**<br>DLA Piper (US) LLP<br>1251 Avenue of the Americas<br>27th Floor<br>New York, NY 10020–1104<br>212–335–4500<br>Fax: 212–335–4501<br>Email: matt.ganas@dlapiper.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Stanley J Panikowski , III**<br>DLA Piper US<br>4365 Executive Drive<br>Suite 1100<br>San Diego, CA 92121–2133<br>(858)677–1400<br>Fax: (619)699–2701<br>Email: stanley.panikowski@dlapiper.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Tamar Duvdevani**<br>DLA Piper LLP (US)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>212–335–4799<br>Fax: 212–884–8555<br>Email: tamar.duvdevani@dlapiper.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

**Nike, Inc.**  represented by  **Matthew Nicholas Ganas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stanley J Panikowski , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tamar Duvdevani**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Kawhi Leonard**  represented by  **Mitchell C. Stein**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathaniel R. B. Koslof**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter R. Ginsberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott L Metzger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Patrick Keith**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/03/2019 | 1 | COMPLAINT with Jury Demand against Nike, Inc. ( Filing fee $ 400 receipt number 0974–12576371.), filed by Kawhi Leonard. (Attachments: # 1 Civil Cover Sheet, # 2 Copyright Form) [Copyright Form Mailed] |

| | | |
|---|---|---|
| | | The new case number is 3:19–cv–1035–BAS–BGS. Judge Cynthia Bashant and Magistrate Judge Bernard G. Skomal are assigned to the case. (Metzger, Scott)(jrm) (jao). (Entered: 06/03/2019) |
| 06/03/2019 | Ï 2 | Summons Issued. **Counsel receiving this notice electronically should print this summons and serve it in accordance with Rule 4, Fed.R.Civ.P and LR 4.1.** (jrm) (jao). (Entered: 06/03/2019) |
| 06/04/2019 | Ï 3 | NOTICE of Appearance by William Patrick Keith on behalf of Kawhi Leonard (Keith, William). Attorney William Patrick Keith added to party Kawhi Leonard (pty:pla). (jah). (Entered: 06/04/2019) |
| 06/13/2019 | Ï 4 | SUMMONS Returned Executed by Kawhi Leonard. Nike, Inc. served. (Metzger, Scott). (jah). (Entered: 06/13/2019) |
| 06/20/2019 | Ï 5 | NOTICE of Appearance by Stanley J Panikowski, III on behalf of Nike, Inc. (Panikowski, Stanley)Attorney Stanley J Panikowski, III added to party Nike, Inc.(pty:dft) (tcf). (Entered: 06/20/2019) |
| 06/20/2019 | Ï 6 | Request to Appear Pro Hac Vice ( Filing fee received: $ 206 receipt number 0974–12640727.) (Application to be reviewed by Clerk.) (Duvdevani, Tamar) (tcf). (Entered: 06/20/2019) |
| 06/20/2019 | Ï 7 | Request to Appear Pro Hac Vice ( Filing fee received: $ 206 receipt number 0974–12640757.) (Application to be reviewed by Clerk.) (Ganas, Matthew) (tcf). (Entered: 06/20/2019) |
| 06/20/2019 | Ï 8 | PRO HAC APPROVED: Matthew Nicholas Ganas appearing for Defendant Nike, Inc. (no document attached) (dsn) (Entered: 06/20/2019) |
| 06/20/2019 | Ï 9 | PRO HAC APPROVED: Tamar Duvdevani appearing for Defendant Nike, Inc. (no document attached) (dsn) (Entered: 06/20/2019) |
| 06/21/2019 | Ï 10 | Corporate Disclosure Statement by Nike, Inc.. No Corporate Parents/Interested Parties. (Panikowski, Stanley). (jah). (Entered: 06/21/2019) |
| 06/21/2019 | Ï 11 | Joint MOTION for Extension of Time to File Answer by Nike, Inc.. (Panikowski, Stanley). (jah). (Entered: 06/21/2019) |
| 06/24/2019 | Ï 12 | ORDER granting 11 Joint Motion for Extension of Time to Answer re 1 Complaint. Defendant Nike, Inc. answer due 7/17/2019. Signed by Judge Cynthia Bashant on 6/24/2019. (jah) (Entered: 06/24/2019) |
| 07/02/2019 | Ï 13 | NOTICE of Appearance by Peter R. Ginsberg on behalf of Kawhi Leonard (Ginsberg, Peter). Attorney Peter R. Ginsberg added to party Kawhi Leonard (pty:pla). (jah). (Entered: 07/02/2019) |
| 07/17/2019 | Ï 14 | MOTION to File Documents Under Seal (Duvdevani, Tamar) (rmc). (Entered: 07/17/2019) |
| 07/17/2019 | Ï 15 | ** Filed as Sealed Document 29 on 9/27/2019 ** SEALED LODGED Proposed Document re: 14 MOTION to File Documents Under Seal. Document to be filed by Clerk if Motion to Seal is granted. (Duvdevani, Tamar) (rmc). (Main Document 15 replaced on 9/27/2019) (rmc). Modified on 9/27/2019 to add file date of lodgment (rmc). (Entered: 07/17/2019) |
| 07/17/2019 | Ï 16 | ANSWER to 1 Complaint, with Jury Demand, COUNTERCLAIM against Kawhi Leonard by Nike, Inc.. (Attachments: # 1 Exhibit A (Redacted), # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Duvdevani, Tamar).Modified on 7/28/2019 – Missing caption for Counterclaim (jah). (Entered: 07/17/2019) |
| 07/17/2019 | Ï 17 | MOTION to Change Venue by Nike, Inc.. (Attachments: # 1 Memo of Points and Authorities, # 2 Declaration of Dinusha Welliver, # 3 Exhibit 1 to Declaration of Dinusha Welliver, # 4 Exhibit 2 to Declaration of Dinusha Welliver, # 5 Exhibit 3 to Declaration of Dinusha Welliver)(Duvdevani, |

| | | |
|---|---|---|
| | | Tamar). (jah). (Entered: 07/17/2019) |
| 07/22/2019 | 18 | NOTICE AND ORDER for Early Neutral Evaluation Conference. Early Neutral Evaluation set for 11/15/2019 01:30 PM before Magistrate Judge Bernard G. Skomal. Rule 26(f) conference shall be completed by 10/17/2019. Joint Discovery Plan shall be filed in CM/ECF as well as lodged with Magistrate Judge Skomal by 11/1/2019. Signed by Magistrate Judge Bernard G. Skomal on 7/22/2019. (jah) (Entered: 07/22/2019) |
| 08/05/2019 | 19 | Joint MOTION for Extension of Time to File Answer re 16 Counterclaim, Joint MOTION for Adjournment of 17 MOTION to Change Venue by Kawhi Leonard. (Ginsberg, Peter). Added MOTION on 8/5/2019. Modified on 8/5/2019 – Multi part motion, one part not filed. Corrected entry (jah). (Entered: 08/05/2019) |
| 08/06/2019 | 20 | ORDER granting 19 Joint Motion for Extension of Time to Answer re 16 Counterclaim; granting 19 Joint Motion for Adjournment of 17 MOTION to Change Venue. Counter–Defendant Kawhi Leonard shall answer to the Counterclaim by 8/28/2019. Defendant's motion to transfer venue 17 is noticed for 9/9/2019. The briefing schedule for the motion is set pursuant to Civil Local Rule 7.1.(e). Signed by Judge Cynthia Bashant on 8/6/2019. (jah) (Entered: 08/06/2019) |
| 08/26/2019 | 21 | Request to Appear Pro Hac Vice ( Filing fee received: $ 206 receipt number 0974–12870388.) (Application to be reviewed by Clerk.) (Stein, Mitchell) (mdc) (Entered: 08/26/2019) |
| 08/26/2019 | 22 | Request to Appear Pro Hac Vice ( Filing fee received: $ 206 receipt number 0974–12870425.) (Application to be reviewed by Clerk.) (Koslof, Nathaniel) (mdc) (Entered: 08/26/2019) |
| 08/26/2019 | 23 | RESPONSE in Opposition re 17 MOTION to Change Venue filed by Kawhi Leonard. (Ginsberg, Peter). (jah). (Entered: 08/26/2019) |
| 08/27/2019 | 24 | PRO HAC APPROVED re 21 : Mitchell C. Stein appearing for Plaintiff Kawhi Leonard, Counter Defendant Kawhi Leonard. (no document attached) (mdc) (Entered: 08/27/2019) |
| 08/27/2019 | 25 | PRO HAC APPROVED re 22 : Nathaniel R. B. Koslof appearing for Plaintiff Kawhi Leonard, Counter Defendant Kawhi Leonard. (no document attached) (mdc) (Entered: 08/27/2019) |
| 08/28/2019 | 26 | ANSWER to 16 Answer to Complaint,, Counterclaim, by Kawhi Leonard.(Ginsberg, Peter) (Entered: 08/28/2019) |
| 08/30/2019 | 27 | REPLY to Response to Motion re 17 MOTION to Change Venue filed by Nike, Inc.. (Attachments: # 1 Declaration of Tamar Duvdevani, # 2 Exhibit 1 to Declaration of Tamar Duvdevani, # 3 Exhibit 2 to Declaration of Tamar Duvdevani)(Duvdevani, Tamar). (jah). (Entered: 08/30/2019) |
| 09/27/2019 | 28 | ORDER Granting 14 Motion for Leave to File Document Under Seal. The Court finds compelling reasons to seal portions of the contract. Therefore, the Court grants Defendant's Motion to Seal. The Court directs the Clerk to accept and file under seal the requested document. Signed by Judge Cynthia Bashant on 9/27/2019. (rmc) (Entered: 09/27/2019) |
| 10/03/2019 | 30 | ORDER granting Defendant's 17 MOTION to Change Venue. Case transferred to the District of Oregon. Files transferred electronically to: *District of Oregon*.*100 Southwest Third Avenue, Room 740**Portland, OR 97204–2802*. Signed by Judge Cynthia Bashant on 10/3/2019. (Attachments: # 1 Order) (jah) (jao). (Entered: 10/03/2019) |