

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Tamar Y. Duvdevani
Tamar.Duvdevani@dlapiper.com
T  212.335.4799
F  917.778.8799

October 16, 2020
Via ECF

Hon. Michael W. Mosman
United States District Judge
Mark O. Hatfield United States Courthouse
Room 1615
1000 Southwest Third Avenue
Portland, Oregon 97204-2945

    **Re:**    *Leonard v. Nike, Inc.*, 3:19-cv-01586-MO: Joint Status Report

**Dear Judge Mosman:**

As counsel for Defendant and Counterclaimant NIKE, Inc. in the above-referenced matter, we write jointly with counsel for Plaintiff and Counterclaim Defendant Kawhi Leonard to provide an updated status report pursuant to the Court's September 18, 2020 Order. [Dkt. # 83.]

In the joint letter submitted on September 15, 2020 [Dkt. #82], the parties informed that Court that they agreed in principle to the material terms of a confidential settlement agreement that will dispose of this action in its entirety. Since then, the parties have reach agreement upon the written settlement agreement, and a final execution version of the agreement has been circulated between the parties. As of this submission, we await the agreement to be fully-executed.

In light of the settlement agreement's impending final execution, the parties respectfully request that the Court continue to hold all further proceedings in abeyance.

We thank you for your time and attention to this matter.

Respectfully submitted,

**DLA Piper LLP (US)**

*/s/ Tamar Y. Duvdevani*

Tamar Y. Duvdevani

cc:    Counsel of Record

WEST\292045560.1