**Peter R. Ginsberg**
MICHELMAN & ROBINSON, LLP
800 Third Avenue, 24th Floor
New York, New York  10022
Phone:  (212) 730-7700
Fax:  (212) 730-7725
Email: pginsberg@mrllp.com
**Attorneys for Plaintiff Kawhi Leonard**

**B. John Casey**, OSB No. 120025
**Tyler Killeen**, OSB No. 165136
**STOEL RIVES LLP**
760 SW Ninth Avenue
Suite 3000
Portland, OR  97205
Phone:  (503) 224-3380
Fax:  (503) 220-2480
Email:  john.casey@stoel.com
            tyler.killeen@stoel.com

**Tamar Y. Duvdevani**, admitted *pro hac vice*
**Matthew N. Ganas**, admitted *pro hac vice*
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020
Phone (212) 335-4500
Fax:  (212) 335-4501
Email:  tamar.duvdevani@dlapiper.com
            matt.ganas@dlapiper.com

  **Attorneys for Defendant NIKE, Inc.**

### UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### (PORTLAND DIVISION)

| | |
|---|---|
| **KAWHI LEONARD,** | Civil No. 3:19-cv-01586-MO |
| Plaintiff Counterclaim-Defendant, | |
| v. | **NOTICE AND STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **NIKE, INC.,** | |
| Defendant Counterclaimant. | |

1" = "1" "WEST\292296767.1" "" WEST\292296767.1
108780912.1 0063718-00355

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff and Counterclaim Defendant Kawhi Leonard and Defendant and Counterclaimant Nike, Inc. stipulate and agree that this action, including all claims, counterclaims and affirmative defenses by and between the parties is hereby dismissed with prejudice.  Each party will bear its own costs and fees.

Respectfully submitted this 16th day of November 2020.

| | |
|---|---|
| MICHELMAN & ROBINSON, LLP | DLA PIPER LLP (US) |
| By: */s/ Peter R. Ginsberg* <br> Peter R. Ginsberg <br> MICHELMAN & ROBINSON, LLP <br> 800 Third Avenue, 24th Floor <br> New York, New York  10022 <br> Phone:  (212) 730-7700 <br> Fax:  (212) 730-7725 <br> *pginsberg@mrllp.com* <br><br> *Attorneys for Plaintiff Kawhi Leonard* | By: */s/ B. John Casey* <br> B. John Casey, OSB No. 120025 <br> Tyler Killeen, OSB No. 165136 <br> STOEL RIVES LLP <br> 760 SW Ninth Avenue, Suite 3000 <br> Portland, Oregon 97205 <br> Tel.: (503) 224-3380 <br> Fax: (503) 220-2480 <br> *john.casey@stoel.com* <br> *tyler.killeen@stoel.com* <br><br> Tamar Y. Duvdevani (*admitted pro hac vice*) <br> Matthew N. Ganas (*admitted pro hac vice*) <br> DLA PIPER LLP (US) <br> 1251 Avenue of the Americas <br> New York, NY 10020 <br> Tel.: (212) 335-4500 <br> Fax: (212) 335-4501 <br> *tamar.duvdevani@dlapiper.com* <br> *matt.ganas@dlapiper.com* <br><br> *Attorneys for Defendant Nike, Inc.* |